IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| JACKIE L. MEYER, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 04-6325-JE |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

Kathryn Tassinari
Robert Baron
Cram, Harder, Wells & Baron, P. C.
474 Willamette, Suite 200
Eugene, Oregon 97401

    Attorneys for Plaintiff

Karin J. Immergut
United States Attorney
District of Oregon
Neil J. Evans
Assistant United States Attorney
1000 S. W. Third Avenue, Suite 600
Portland, Oregon 97204-2902

Richard M. Rodriguez
Special Assistant United States Attorney
Office of General Counsel
Social Security Administration
701 5th Avenue, Suite 2900 M/S 901
Seattle, Washington  98104-7075

    Attorneys for Defendant

KING, Judge:

The Honorable John Jelderks, United States Magistrate Judge, filed Findings and Recommendation on August 5, 2005.  The matter is before this court.  See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b).  No objections have been timely filed.  This relieves me of my obligation to give the factual findings de novo review.  Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).  Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Jelderks' Findings and Recommendation (#15).

IT IS HEREBY ORDERED that the decision of the Commissioner is REVERSED and the case is REMANDED for a finding of benefits.

Dated this    6th    day of September, 2005.

                                              /s/ Garr M. King
                                            Garr M. King
                                            United States District Judge